UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
(John A. Azzarello, Esq., JA 4363)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
(973) 267-7300
Attorneys for Defendant Anthony Barbarino

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Magistrate Judge Sharon A. King** |
| v. | Criminal No. 22-mj-17051 |
| ANTHONY BARBARINO,<br>Defendant. | **CONSENT ORDER TO GRANT MODIFICATION TO CONDITIONS OF RELEASE**<br>Document Electronically Filed |

**THIS MATTER** having been opened to the Court on the application of Defendant Anthony Barbarino, through his counsel, John A. Azzarello, Esq., Whipple Azzarello LLC, for the entry of an Order granting Defendant permission to travel during Christmas Day, December 25, 2022, to his grandmother's home and his mother-in-law's home to visit family, and Mr. Barbarino having advised his U.S. Pretrial Services Officer of his requests, and the U.S. Pretrial Services Office for the District of New Jersey having no objection to Defendant's request; the United States of America through Assistant United States Attorney Elisa Wiygul having consented to Defendant Barbarino's request; and the Court having considered the merits of this application; and good cause having been shown;

It is **HEREBY ORDERED** on this 14th day of December, 2022, as follows:

1. Mr. Barbarino be permitted to travel by car to two locations on Christmas Day, December 25, 2022, between the hours of 10:00 a.m. and 10:00 p.m. to visit with family.

2. Specifically, Mr. Barbarino is permitted to travel to his mother-in-law's home in Whiting, NJ, departing his home at 10:00 a.m. and remaining at his mother-in-law's home until approximately 3:30 p.m., after which he is permitted to travel to his grandmother's home in Toms River, New Jersey and remain there until 9:00 p.m., after which he is required to return home by 10:00 p.m.

3. Mr. Barbarino's third-party custodian will be present with and supervise Mr. Barbarino from the time he leaves his home at 10:00 a.m. until he returns home at 10:00 p.m.

4. Mr. Barbarino will not access at any time (consistent with the conditions of release already in place) any computer or internet connected device.

5. No minors will be present at either his grandmother's home or his mother-in-law's home on Christmas Day during the time frame specified in this Order.

6. The defendant shall provide the name, address, and phone number of both his mother-in-law and grandmother to Pretrial Services prior to travel.

All other terms and conditions of Mr. Barbarino's pre-trial release shall remain in full force and effect until further Order of this Court.

_____
MAGISTRATE JUDGE
Sharon A. King

**Form and entry consented to:**

PHILIP R. SELLINGER
UNITED STATES ATTORNEY

By: ___s/ Elisa Wiygul___
Elisa Wiygul, Assistant U.S. Attorney

WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Anthony Barbarino

By: ___s/John A. Azzarello___
      John A. Azzarello, Esq.

3